IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY BUTTS, ET AL., )
)
    Plaintiffs, )
v. ) CAUSE No. 4:18-CV-00001-DMB-JMV
)
GUNN, ET AL., )
)
    Defendants, )

**<u>ORDER</u>**

This Court, having considered the unopposed motion of the United States to attend the telephonic case management conference on January 29, 2019, shall permit counsel for the United States to attend the conference.

_____
United States Magistrate Judge Jane M. Virden

January 22, 2019