IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **JEFFREY AND KIMBERLY BUTTS, ET AL.** | **PLAINTIFFS** |
| VS. | CAUSE NO.: 4:18-CV-0001 |
| **REPRESENTATIVE PHILIP GUNN, in his official capacity as Speaker of the Mississippi House of Representatives, ET AL.** | **DEFENDANTS** |

## ORDER

State Defendants Representative Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives, and Tate Reeves, in his official capacity as President of the Mississippi Senate, have moved to dismiss all of the claims asserted against them in the above-styled case on several bases, including, but not limited to, sovereign immunity, lack of jurisdiction, and absolute legislative immunity.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that conferences, disclosure requirements, discovery, and proceedings in this case should be stayed, other than additional immunity motion practice, pending full briefing and a ruling on Defendants' motion to dismiss and motion for judgment on the pleadings. Defendants' counsel shall submit to the undersigned a proposed order lifting the

1

stay, if necessary, within ten days of notification of the court's ruling on the underlying dispositive motion.

This, the 22 day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER SUBMITTED BY:

/s/ *Krissy C. Nobile*
KRISSY C. NOBILE, MSB # 103577
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-3824
Facsimile: 601-359-2003
knobi@ago.state.ms.us

*Counsel for State Defendants*