IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY BUTTS, KIMBERLY BUTTS,
SHARRON BUTTS, SHANALE RENEE HILL,
SANDRA JONES, PATRICIA COX, LANE
TOWNSEND AND MONTGOMERY COUNTY
SCHOOL DISTRICT                                                                                    PLAINTIFFS

V.                                                                   CIVIL ACTION NO. 4:18CV001-NBB-JMV

ROSEMARY AULTMAN, in her official capacity
as Chairman of the State Board of Education;
DR. CAREY M. WRIGHT, in her official capacity
as Superintendent of the Mississippi Department of
Education; JASON DEAN; BUDDY BAILEY;
KAMI BUMGARNER; KAREN ELAM; JOHNNY
FRANKLIN; WILLIAM HAROLD JONES; JOHN
KELLY; AND FRANK MCCLELLAND, all in their
official capacities as members of the Mississippi
State Board of Education; WINONA MUNICIPAL
SEPARATE SCHOOL BOARD; AND MONTGOMERY
COUNTY, MISSISSIPPI                                                                             DEFENDANTS


**ORDER**

In accord with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that Plaintiffs' Second Motion for Preliminary Injunction is **DENIED** and the

State Defendants' Motion to Dismiss is **GRANTED**.  All claims against all defendants, with the

exception of the claim asserted against defendant Montgomery County, are hereby **DISMISSED**

with prejudice.

This, the 21st day of December, 2018.


                                                                    /s/ Neal Biggers
                                                                    NEAL B. BIGGERS, JR.
                                                                    UNITED STATES DISTRICT JUDGE