IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY BUTTS, KIMBERLY BUTTS,
SHARRON BUTTS, SHANALE RENEE HILL,
SANDRA JONES, PATRICIA COX, LANE
TOWNSEND AND MONTGOMERY COUNTY
SCHOOL DISTRICT                                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO. 4:18CV001-NBB-JMV

ROSEMARY AULTMAN, in her official capacity
as Chairman of the State Board of Education;
DR. CAREY M. WRIGHT, in her official capacity
as Superintendent of the Mississippi Department of
Education; JASON DEAN; BUDDY BAILEY;
KAMI BUMGARNER; KAREN ELAM; JOHNNY
FRANKLIN; WILLIAM HAROLD JONES; JOHN
KELLY; AND FRANK MCCLELLAND, all in their
official capacities as members of the Mississippi
State Board of Education; WINONA MUNICIPAL
SEPARATE SCHOOL BOARD; AND MONTGOMERY
COUNTY, MISSISSIPPI                                                            DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the Court's Order [94], staying this case pending a ruling on the [87] motion to dismiss. On December 21, 2018, the District Judge issued a text order finding as moot the motion to dismiss. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management will be set by further notice of the court.

**SO ORDERED**, this January 14, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**