IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JEFFERY BUTTS et al.**                                             **PLAINTIFFS**

**VS.**                  **CIVIL ACTION NO.: 4:18-cv-00001-NBB-JMV**

**MONTGOMERY COUNTY, MISSISSIPPI**                    **DEFENDANT**

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [126] staying this case pending the appellate courts rule as to the constitutionality of Miss. Code Ann. 37-7-104.4. The appellate courts have now ruled. Doc. #127. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**.

**SO ORDERED**, this May 22, 2020.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**